IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CRIMINAL NO. 22-634 KWR |
| v. | ) ) ) | |
| **ROBERT CORBIN PADILLA** and **GARY COCA,** | ) ) ) ) | |
| Defendants. | ) | |

## UNITED STATES' NOTICE OF RELATED CASES

The United States of America notifies the Court that the subject matter in the above-captioned case is related to the subject matter in the following cases:

1. *U.S. v. Angel DeLeon, et al.*, Criminal No. 15-4268 JB
2. *U.S. v. Anthony Baca et al.,* Criminal No. 16-1613 JB
3. *U.S. v. Jody Rufino Martinez, a.k.a. "Mono,"* Criminal No. 19-3725 JB
4. *U.S. v. Gary Coca, et al.,* Criminal No. 20-1924 JB

The United States hereby represents that the theories of prosecution, facts, evidence and witnesses in the listed cases are substantially common to one another, and the cases arise out of the same racketeering investigation involving the same enterprise.

The United States respectfully asserts that the listed cases should be assigned to a single United States District Judge of this Court in the interest of judicial economy. Moreover, assignment of the listed case to a single United States District Judge of this Court will minimize the risk of disparate treatment of similarly situated criminal defendants.

Respectfully submitted,

FRED J. FEDERICI
United States Attorney

*Electronically Filed 4/20/2022*
MARIA Y. ARMIJO
RANDY M. CASTELLANO
RYAN ELLISON
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

　　　　　/s/
MARIA Y. ARMIJO
Assistant United States Attorney