FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 12 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                 No. CR 22-0634 JB

ROBERT PADILLA
and GARY COCA,

    Defendants.

## VERDICT

**COUNT 1**

WE, the Jury, find the defendant **ROBERT PADILLA**, ___Guilty___
(guilty or not guilty)
of violent crimes in aid of racketeering in the murder of Leroy Lucero as charged in Count 1 of the Indictment.

Only if you unanimously answer the prior question guilty, answer one of the next two questions. If you answer not guilty, go to Count 2.

    a. Does the Jury unanimously find that the government has proved the fourth element of Count 1 by showing beyond a reasonable doubt that the defendant, Robert Padilla, committed first degree murder?

    _____(YES)_____ _____ NO

If you agree that the defendant, Robert Padilla, committed first degree murder go to Count 2. If you do not agree that Mr. Padilla committed first degree murder, go to question b.

    b. Does the Jury unanimously find that the government has proved the fourth element of Count 1 by showing beyond a reasonable doubt that the defendant, Robert Padilla, committed second degree murder?

_____ YES  _____ NO

**COUNT 2**

WE, the Jury, find the defendant **ROBERT PADILLA**, _Guilty_
(guilty or not guilty)
of retaliation against a witness, victim, or informant as charged in Count 2 of the Indictment.

**COUNT 3**

WE, the Jury, find the defendant **ROBERT PADILLA**, _Guilty_
(guilty or not guilty)
of killing while engaged in drug trafficking as charged in Count 3 of the Indictment.

**COUNT 4**

WE, the Jury, find the defendant **ROBERT PADILLA**, _Guilty_
(guilty or not guilty)
of using, carrying, possessing in furtherance of, and discharging a firearm during and in relation to, a crime of violence or drug trafficking crime and causing death through use of the firearm as charged in Count 4 of the Indictment.

Only if you unanimously answer the prior question guilty, answer both of the next two questions. If you answer not guilty, go to Count 5.

    a. Does the Jury unanimously find that the government has proved the third element of Count 4 by showing beyond a reasonable doubt that the defendant, Robert Padilla, used, or possessed a firearm in relation to, or in furtherance of, a drug trafficking crime?

    _____ (YES) _____ NO

    b. Does the Jury unanimously find that the government has proved the third element of Count 4 by showing beyond a reasonable doubt that the defendant, Robert Padilla, used, or possessed a firearm in relation to, or in furtherance of, a crime of violence?

    _____ (YES) _____ NO

**COUNT 5**

WE, the Jury, find the defendant **ROBERT PADILLA**, __Guilty__
(guilty or not guilty)

of tampering with a witness, victim or informant by physical force or threat as charged in Count 5 of the Indictment.

**COUNT 6**

WE, the Jury, find the defendant **ROBERT PADILLA**, __Guilty__
(guilty or not guilty)

of conspiracy as charged in Count 6 of the Indictment.

**COUNT 7**

WE, the Jury, find the defendant **ROBERT PADILLA**, __Guilty__
(guilty or not guilty)

of possession with intent to distribute buprenorphine as charged in Count 7 of the Indictment.

**COUNT 8**

WE, the Jury, find the defendant **ROBERT PADILLA**, __Guilty__
(guilty or not guilty)

of possession of contraband in prison as charged in Count 8 of the Indictment.

Dated this _12_ day of December, 2023.

FOREPERSON